**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Botica LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    84 - 5110888

4. **Debtor's address**

   **Principal place of business**
   1820 Peachtree Road NW
   Number    Street
   Unit 3
   Atlanta, GA    30309
   City         State    ZIP Code

   Fulton
   County

   **Mailing address, if different from principal place of business**
   5155 Aldeburgh Court
   Number    Street
   _____
   P.O. Box
   Suwanee, Georgia 30024
   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   _____
   City         State    ZIP Code

5. **Debtor's website (URL)**    eatbotica.com

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Botica LLC**
_____
Name

Case number (*if known*)_____

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **7225** ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY
             District _____ When ___/___/_____ Case number _____
                                        MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 2

Debtor  **Botica LLC**
_____
Name

Case number (if known)_____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When ___ / ___ / _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No |
|---|---|---|
| | | ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | Where is the property? **1820 Peachtree Road NW** |
| | | Number     Street |
| | | _____     _____ |
| | | City                                         State ZIP Code |
| | | **Is the property insured?** |
| | | ☒ No |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  **Botica LLC**
Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/29/2025**
MM / DD / YYYY

✘ /s/ Mimmo Alboumeh
Signature of authorized representative of debtor

**Maher Alboumeh**
Printed name

Title  **Member/Manager**

**18. Signature of attorney**

✘ /s/ Jonathan A. Akins
Signature of attorney for debtor

Date  **07/29/2025**
MM / DD / YYYY

**Jonathan A. Akins**
Printed name

**Schreeder, Wheeler & Flint, LLP**
Firm name

**1100 Peachtree Street NE, Suite 800**
Number    Street

**Atlanta**    **GA**    **30309**
City    State    ZIP Code

**404-681-3450**
Contact phone

**jakins@swfllp.com**
Email address

**472453**
Bar number

**GA**
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## WRITTEN CONSENT AND RESOLUTION

The undersigned, being the sole member and manager of Botica LLC, a Georgia limited liability company (the "**Company**"), does hereby waive notice of meeting and adopt the following resolutions by unanimous written consent:

RESOLVED, the Company is hereby authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division by and through the officers and directors of the Company and is authorized to execute and deliver the petition and such other documents as are required in order to commence and prosecute the reorganization case;

FURTHER RESOLVED, that the Manager of the Company is hereby authorized, in his sole discretion and without further consents, to execute and deliver any and all documents of any kind or nature, including but not limited to: the petition, declarations, verifications, resolutions, statement of financial affairs, disclosure statements, disclosures, plans of reorganization, and amendments, or modifications of the aforesaid documents or other documents which may be necessary, convenient or related to the filing of said bankruptcy action and the prosecution of a bankruptcy case.

FURTHER RESOLVED, that Company is authorized to retain the law firm of Schreeder, Wheeler & Flint, LLP to represent it in advising it on financial restructuring and insolvency matters and to represent it in a Chapter 11 bankruptcy case at is standard hourly rates, and to pay Schreeder, Wheeler & Flint, LLP a cash retainer payable prior to filing the petition. The Company, by and through the directors and officers, are authorized to execute and deliver any engagement letter or other instruments and documents as may be required to consummate the engagement.

Dated this 29th day of July, 2025.

DocuSigned by:

*Mimmo Alboumeh*

6E479BBB7AC44AC...

Maher Alboumeh

**Fill in this information to identify the case:**

Debtor name: Botica LLC

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Coro Brookwood Retail Ventures, LP<br>3715 Northside Parkway<br>Building 400-100<br>Atlanta, Georgia 30327 | N. Jackson Cotney, Jr.<br>Wiles & Wiles, LLP<br>jcotney@evict.net<br>770-426-4619 | Lease | Unliquidated, Disputed | | | unknown |
| 2 | Coro Realty Advisors, LLC<br>3715 Northside Parkway NW<br>Building 400-100<br>Atlanta, Georgia 30327 | | | Unliquidated, Disputed | | | unknown |
| 3 | Freshpoint of Atlanta<br>16 Forest Parkway<br>Forest Park, Georgia 30297 | 404-361-8600 | trade | | | | $4,633.71 |
| 4 | Sysco<br>2225 Riverdale Road<br>College Park, Georgia 30337 | Ottensmeyer.eric@atl.sysco.com<br>404-765-9900 | vendor | | | | $20,659.93 |
| 5 | Adelariz Gallardo<br>3506 Buford Hwy NE<br>Brookhaven, GA 30329 | | payroll | | | | $240.00 |
| 6 | ATZIRI ALEJO<br>2010 CURTIS DR APT J1<br>BROOKHAVEN GA, 30319 | | payroll | | | | $256.00 |
| 7 | AURELIA HENANDEZ<br>2008 SHALIMAR DR<br>ATLANTA GA, 30345 | | payroll | | | | $288.00 |
| 8 | AMAIRANI SUGIA<br>3658 BUFORD HWY #B8<br>ATLANTA GA, 30329 | | payroll | | | | $240.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  BOTICA LLC
        Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express PO Box 60189 City of Industry, CA 91716-0189 | | | contingent, unliquidated | | | Approx. $70,000 |
| 10 | CitiCard PO Box 70166 Philadelphia, PA 19176-0166 | | | contingent, unliquidated | | | Approx. $20,000 |
| 11 | Comcast PO Box 71211 Charlotte NC 28272-1211 | | | | | | $0 |
| 12 | Blade Smith 3731 North Crest Road #1 Atlanta, Georgia 30340 | | | | | | unknown |
| 13 | NCR 864 Spring Street NW Atlanta, GA 30308 | | | | | | unknown |
| 14 | LUCELY SUGIA 3658 BUFORD HWY #B8 ATLANTA GA, 30329 | | payroll | | | | $160.00 |
| 15 | BRANDO GUTIERREZ 3122 BUFORD HWY#32 ATLANTA 30329 | | payroll | | | | $306.00 |
| 16 | BRIANA NAVARRETE 1322 BRIARWOOD RD #1 ATLANTA 30319 | | payroll | | | | $256.00 |
| 17 | AMBER MATOS 7480 AMBASSADOR DR RIVERDALE GA, 30296 | | payroll | | | | $34.08 |
| 18 | COURTNEY DORCEE 350 GLADE KNOLL TRAIL FAYETTVILLE GA, 30215 | | payroll | | | | $34.08 |
| 19 | OMAR GALVAN 855 PIEDMONT AVE NE ATLANTA GA 30308 | | payroll | | | | $34.08 |
| 20 | CHRIS YANEZ 2460 PEACHTREE RD NW #711 ATLANTA GA 30305 | | payroll | | | | $34.08 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: __Botica LLC__

United States Bankruptcy Court for the: __Northern__ District of __Georgia__
(State)

Case number (*If known*): _____

---

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/29/2025__         X *Mimmo Alboumeh* (DocuSigned)
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

MAHER ALBOUMEH
Printed name

Member/ Manager
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

```
Coro Brookwood Retail Ventures LP
3715 Northside Parkway
Building 400-100
Atlanta, Georgia 30327

Coro Brookwood LLC
3715 Northside Parkway
Building 400-100
Atlanta, Georgia 30327

Coro Realty Advisors LLC
3715 Northside Parkway NW
Building 400-100
Atlanta, Georgia 30327

N. Jackson Cotney, Jr.
Wiles & Wiles, LLP
800 Kennesaw Avenue Suite 400
Marietta, Georgia 30060-7946

Freshpoint of Atlanta
16 Forest Parkway
Forest Park, Georgia 30297

Sysco
2225 Riverdale Road
College Park, Georgia 30337

Buckhead Meat
4500 Wickersham Drive
College Park, Georgia 30337

NCR
#40867334
864 SPRING STREET NW
ATLANTA GA, 30308

COMCAST
#8220 188931786362
PO BOX 71211
CHARLOTTE NC 282872-1211

CITICARD
PO Box 70166
Philadelphia, PA 19176-0166

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY
CA 91716-0189
```

BLADE SMITH
#BOTICA
3731 NORTH CREST RD #1
ATLANTA GA, 30340

DIRECT TV
#069518071
PO BOX 5006
CAROL STREAM, ILLINOIS 60197

ADELARIZ GALLARDO
3506 BUFORD HWY NE
BROOKHAVEN GA, 30329

ATZIRI ALEJO
2010 CURTIS DR APT J1
BROOKHAVEN GA, 30319

AURELIA HENANDEZ
2008 SHALIMAR DR
ATLANTA GA, 30345

AMAIRANI SUGIA
3658 BUFORD HWY #B8
ATLANTA GA, 30329

LUCELY SUGIA
3658 BUFORD HWY #B8
ATLANTA GA, 30329

BRANDO GUTIERREZ
3122 BUFORD HWY#32
ATLANTA 30329

BRIANA NAVARRETE
1322 BRIARWOOD RD #1
ATLANTA 30319

AMBER MATOS
7480 AMBASSADOR DR
RIVERDALE GA, 30296

COURTNEY DORCEE
350 GLADE KNOLL TRAIL
FAYETTVILLE GA, 30215

OMAR GALVAN
855 PIEDMONT AVE NE
ATLANTA GA 30308

```
CHRIS YANEZ
2460 PEACHTREE RD NW #711
ATLANTA GA 30305
```